Case 5:26-cv-00019   Document 3   Filed 01/09/26 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
January 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **SARBJOT SINGH,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-19 |
| | § | |
| **ORLANDO PEREZ,** *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

Pending before the Court is Sarbjot Singh's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.) Petitioner lists the following as respondents in their official capacities: U.S. Secretary of Homeland Security Kristi Noem; U.S. Attorney General Pamela Bondi; Department of Homeland Security (DHS); Acting Director of the San Antonio Field Office of ICE's Enforcement and Removal Operations Division Sylvester Ortega; Department of Homeland Security (DHS); and Warden Laredo Processing Center Orlando Perez. (Dkt. 1 at 12–13.)

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response and serve it on Petitioner no later than **January 16, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. Petitioner is **ORDERED** to submit a reply to Respondent's response by **January 23, 2026.**

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. 1), and this Order on Respondents via certified mail.

Respondent DHS and U.S. Department of Homeland Security Secretary Kristi Noem may be served at:

**U.S. Department of Homeland Security**
**Office of General Counsel**
**245 Murray Lane SW**
**Mail Stop 0485**
**Washington, D.C. 20528**

Respondent Attorney General Pamela Bondi or her designee may be served at:

**United States Attorney General**
**950 Pennsylvania Avenue NW**
**Washington, D.C. 20530**

Respondent Acting Director of the San Antonio Field Office of ICE's Enforcement and Removal Operations Division Sylvester Ortega or his designee may be served at:

**Acting Field Office Director Enforcement and Removal Operations**
**1777 NE Loop 410, Floor 15**
**San Antonio, TX 78217**

Respondent Warden of the Laredo Processing Center Orlando Perez or his designee may be served at:

**Warden of the Laredo Processing Center**
**4702 E. Saunders**
**Laredo, Texas 78041**

The Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. 1), and this Order via certified mail on the United States Attorney for the Southern District of Texas Nicholas J. Ganjei at:

**Nicholas J. Ganjei**
**1000 Louisiana St.,**
**Suite 2300,**
**Houston, Texas 77002**

The Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. 1), and this Order via certified mail on the United States Attorney's Office in Laredo at:

**United States Attorney's Office**
**11204 McPherson Road, Suite 100A**
**Laredo, Texas 78045**

The Clerk of Court is also **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov as well as Hector.Ramirez@usdoj.gov.

Additionally, in order to maintain the status quo while the Court considers Petitioner's habeas petition and to preserve this Court's jurisdiction, it is further **ORDERED** that Respondents may not transfer Petitioner outside of this Court's jurisdiction while the matter remains pending. *See Alves v. U.S. Dep't of Just.*, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025).

IT IS SO ORDERED.

SIGNED this January 9, 2026.

Diana Saldaña
United States District Judge