United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **SARBJOT SINGH,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-00019 |
| | § | |
| **ORLANDO PEREZ,** *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

On February 5, 2026, Petitioner filed a Motion to File Response Out of Time. (Dkt. 11). Petitioner requests leave to file a reply to Petitioner's response out of time because Petitioner's counsel had a technical issue with the electronic filing system and was not able to upload Petitioner's reply successfully. Pursuant to Fedal Rule of Civil Procedures 6(b), the Court finds good cause to extend the time for Petitioner to reply. Petitioner's Motion to File a Response Out of Time, (Dkt. 11), is GRANTED. Petitioner may file a reply to Respondents' response on or before **February 9, 2026**.

IT IS SO ORDERED.
SIGNED this February 6, 2026.

_____
Diana Saldaña
United States District Judge