United States District Court
Southern District of Texas

**ENTERED**
March 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **SARBJOT SINGH,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00019** |
| | § | |
| **ORLANDO PEREZ,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioner Sarbjot Singh's ("Petitioner") Petition for Writ of Habeas Corpus, (Dkt. 1), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS). Petitioner filed his habeas petition on January 7, 2026, (Dkt. 1), and Respondents filed a Response and Motion to Dismiss on January 16, 2026, (Dkt. 5). Thereafter, Petitioner filed a reply to Respondents' response and a Motion to Rule on the Merits. (Dkts. 13, 14.)

Petitioner is a native and citizen of India who arrived in the United States in August of 2024. (Dkt. 1 at 2.) Since arriving in the United States, he has been continuously detained by DHS, for over 18 months. (*See id*.) Petitioner filed an I-589 application for asylum and withholding of removal while in detention. (*See id*., Attach. 2.) In July of 2025 an Immigration Judge denied Mr. Singh's application and he was ordered removed to India. (Dkt. 1, Attach 2 at 24.) Petitioner then filed a timely appeal of the denial of his application with the Board of Immigration Appeals (BIA). (*Id*.) Petitioner argues that his detention throughout his immigration proceedings has become unconstitutionally prolonged because his removal is not reasonably foreseeable while his appeal

remains pending before the BIA. (Dkt. 1 at 8–10.) He asks the Court to order his immediate release. (*Id*. at 10–11.)

In order to appropriately decide Petitioner's claims before the Court, the Court **ORDERS** a status update on Petitioner's immigration proceedings. The Parties are **ORDERED** to submit additional briefing updating the Court on the status of Petitioner's appeal to the BIA and what effect, if any, the status of Petitioner's immigration proceedings has on Petitioner's claims **on or before March 18, 2026**.

IT IS SO ORDERED.

SIGNED this March 11, 2026.

Diana Saldaña
United States District Judge